Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

*E-FILED 6/14/07*

Attorney for Plaintiff
Tian Ling

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tian Ling**<br>          Plaintiff,<br><br>     v.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Francis D. Siciliano**, Officer-in-Charge, San Jose Sub Office, United States Citizenship and Immigration Services;<br>**Robert S. Mueller**, Director of Federal Bureau of Investigation<br><br>          Defendants | Case No.: **C07-01164 RS**<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above entitled action in light of the fact that the United States Citizenship and Immigration Services has adjudicated the plaintiff's I-485 application.

Each of the parties shall bear their own costs and fees.

///

///

STIPULATION TO DISMISS, C07-01164 RS
Ling v. Chertoff, et al.

1

1 | DATED: June 13, 2007

Respectfully Submitted,

_____/s/_____
Justin Fok, CSBN: 242272
Attorney for Plaintiff

7 | DATED: June 13, 2007

_____/s/_____
Edward Olsen, CSBN: 214150
Assistant U.S. Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: July 14, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

STIPULATION TO DISMISS, C07-01164 RS
Ling v. Chertoff, et al.

2